417 A.2d 760

Commonwealth v. Williams a/k/a Broxton, Appellant.

Submitted September 15, 1978.   John W. Packel, Assistant Public Defender, Chief, Appeals Division, for appellant;   Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

417 A.2d 760

Commonwealth v. Williams, S., Appellant.

Argued March 19, 1979. Gene D. Cohen, for appellant;   Lee Kaplan, Assistant District Attorney, for Commonwealth.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.